**Fill in this information to identify the case:**

Debtor name    **ECS Brands, Ltd.**

United States Bankruptcy Court for the:    **DISTRICT OF COLORADO**

Case number (if known)    **25-12101**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2025**      X **/s/ Arthur Jaffee**
                                          Signature of individual signing on behalf of debtor

                                          **Arthur Jaffee**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **ECS Brands, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **25-12101**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $    **2,459,715.79**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $    **2,459,715.79**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **2,244,067.98**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **355,743.41**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **1,149,046.26**

4.    **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b    $    **3,748,857.65**

**Fill in this information to identify the case:**

Debtor name      **ECS Brands, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12101**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:       Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Landlord deposit**                                                                    $156,824.00

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.       **Total of Part 2.**                                                              | $156,824.00 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:       Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:         346,028.27         -         54,792.48         = ....        $291,235.79
                                         face amount                  doubtful or uncollectible accounts

Debtor    **ECS Brands, Ltd.**      Case number *(If known)*   **25-12101**
Name

---

| 12. | **Total of Part 3.** | | $291,235.79 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

�only☐ ■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Inventory** | | Unknown | Recent cost | $500,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Finished goods inventory** | | Unknown | Fair market val | $85,000.00 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $585,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.**   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor   **ECS Brands, Ltd.**   Case number *(If known)* **25-12101**

      Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Office furniture** | **$30,000.00** | | **$30,000.00** |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$30,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Lab equipment** | **Unknown** | **Fair market valu** | **$1,396,656.00** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | **$1,396,656.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No

Debtor **ECS Brands, Ltd.**
Name

Case number *(If known)* **25-12101**

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Various trademarks** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Proprietary formulas, products** | **Unknown** | | **Unknown** |
| 65. | **Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

Debtor    **ECS Brands, Ltd.**_____    Case number *(If known)* **25-12101**
Name

| | | |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Arbitration Award dated July 31, 2023 against Michael Brubeck and Centuria Foods, Inc.** | **Unknown** |

---

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **ECS Brands, Ltd.**                                    Case number *(If known)* **25-12101**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $156,824.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $291,235.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $585,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,396,656.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,459,715.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,459,715.79 |

**Fill in this information to identify the case:**

Debtor name    **ECS Brands, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12101**

☐ Check if this is an amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Capybara Capital, LLC** | | | |
|---|---|---|---|---|

| | | | **$4,600.00** | **$291,235.79** |
|---|---|---|---|---|

**Capybara Capital, LLC**
Creditor's Name

**6501 Congress Ave.
Suite 340
Boca Raton, FL 33487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/6/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. US Small Business Administration
2. Fundamental Capital
3. Capybara Capital, LLC**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts receivable (not including pending but unfulfilled purchase orders)**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Corporation Service Company** | | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Corporation Service Company**
Creditor's Name

**P.O .Box 2576
Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor  **ECS Brands, Ltd.**                                       Case number (if known)  **25-12101**
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** **CT Corporation System**                Describe debtor's property that is subject to a lien          **$0.00**                **$0.00**
Creditor's Name

**330 North Brand Blvd.
Suite 700, ATTN: SPRS
Glendale, CA 91203**
Creditor's mailing address                       **Describe the lien**

                                                 **Is the creditor an insider or related party?**

                                                 ■ No
Creditor's email address, if known               ☐ Yes
                                                 **Is anyone else liable on this claim?**

**Date debt was incurred**                       ■ No
                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4** **Fortis Law Partners c/o David Olsky**        Describe debtor's property that is subject to a lien          **Unknown**                **Unknown**
Creditor's Name                                  **Arbitration Award dated July 31, 2023 against
                                                 Michael Brubeck and Centuria Foods, Inc.**
**1900 Wazee Street
Suite 300
Denver, CO 80202**
Creditor's mailing address                       **Describe the lien**

                                                 **Contingency Fee Agreement/arbitration
                                                 award for fees and costs**
                                                 **Is the creditor an insider or related party?**

                                                 ■ No
Creditor's email address, if known               ☐ Yes
                                                 **Is anyone else liable on this claim?**

**Date debt was incurred**                       ■ No
                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.5** **Fundamental Capital**                 Describe debtor's property that is subject to a lien          **$79,575.15**                **$291,235.79**
Creditor's Name                                  **90 days or less: Accounts receivable (not
                                                 including pending but unfulfilled purchase
**20803 Biscayne Boulevard                       orders)**
Suite 300
Aventura, FL 33180**

Debtor    **ECS Brands, Ltd.**
_____     Case number (if known)    **25-12101**
Name

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Leaf Capital Funding LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**2005 Market Street**
**14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $2,159,892.83 | $291,235.79 |

Creditor's Name

**10737 Gateway West**
**Suite 300**
**El Paso, TX 79935**
Creditor's mailing address

**90 days or less: Accounts receivable**

**Describe the lien**

**All assets**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

Debtor   **ECS Brands, Ltd.**                                    Case number (if known)   **25-12101**
         _____
         Name

☐ No

☑ Yes. Specify each creditor,        ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                             ☐ Disputed
**Specified on line 2.1**
_____

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$2,244,067.98** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Small Business Administration**<br>**721 19th Street**<br>**Suite 426**<br>**Denver, CO 80202** | Line  **2.7** | |
| **US Small Business Administration**<br>**19425 Kingsport Road**<br>**Fort Worth, TX 76155** | Line  **2.7** | |

**Fill in this information to identify the case:**

Debtor name **ECS Brands, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **25-12101**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arthur Jaffee** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$98,364.32** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages/salary** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Colorado Department of Revenue<br>1881 Pierce Street<br>Attn: Bankruptcy Dept., RM 104<br>Lakewood, CO 80215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36,497.15** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**2024 and 2025 Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **ECS Brands, Ltd.**
Name

Case number (if known)  **25-12101**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220,881.94 | $0.00 |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2024 and 2025 Income Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,111.00 |

**295 Interlocken Boulevard, LLC**
**500 Interlocken Blvd.**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office/Warehouse Lease**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.00 |

**ACT Labs**
**617 East Hazel Street**
**Lansing, MI 48912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,344.00 |

**American Express**
**c/o CT Corporation**
**28 Liberty Street**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,910.00 |

**Armstrong Teasdale**
**4643 South Ulster Street**
**Suite 800**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Blue Grass State Holdings**
**c/o Patrick Sweet, Esq.**
**Burg Simpson**
**40 Inverness Drive East**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | ECS Brands, Ltd. | | Case number (if known) | 25-12101 |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,543.25 |
|---|---|---|---|
| | **Botanacor**<br>**1001 South Galapago Street**<br>**Denver, CO 80223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,516.00 |
|---|---|---|---|
| | **Chase**<br>**Card Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | **Chris G. Baumgartner, Esq.**<br>**Agilis Legal, P.C.**<br>**600 17th Street**<br>**Suite 2800 South**<br>**Denver, CO 80202-5428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Cintas Corporation**<br>**5100 Race Street**<br>**Denver, CO 80216** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Corporate Debt Advisors**<br>**1903 South Congress Avenue**<br>**Suite 150**<br>**Boynton Beach, FL 33426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Fees related to resolution of liabilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Fintegra, LLC**<br>**99 Wall Street**<br>**Suite 686**<br>**New York, NY 10005** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Purchase of receivables__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ECS Brands, Ltd.** | Case number (if known) | **25-12101** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address

**Fortis Law Partners**
**1900 Wazee Street**
**Suite 300**
**Denver, CO 80202**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees and costs awarded in arbitration action ($343,203 in fees and $171,608 in costs): this is in addition to any fees to be owed to Fortis on a contingency fee agreement for collection on the total judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$514,811.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**Fundfi Merchant Funding**
**377 Fifth Avenue**
**4th Floor**
**New York, NY 10016**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Purchase of receivables**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Green CO2 Systems**
**11185 East 51st Avenue**
**Denver, CO 80239**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$880.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**HPMCO, LLC**
**c/o Bradley A. Levin, Esq.**
**Levin Sitcoff, PC.**
**455 Sherman Street, Suite 490**
**Denver, CO 80203**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Settlement agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Infinite Chemical**
**8312 Miramar Mall**
**San Diego, CA 92121**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$29,000.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**Katie Southworth**
**3858 W. Ravenna St.**
**Meridian, ID 83646**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$82,731.92**

---

**3.18** | Nonpriority creditor's name and mailing address

**KCA Laboratories**
**232 North Plaza Drive**
**Nicholasville, KY 40356**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,000.00**

---

Debtor   **ECS Brands, Ltd.**                                   Case number (if known)   **25-12101**
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $644.95 |
|---|---|---|---|

**Orkin**
**11025 Dover Street**
**Unit 1800**
**Westminster, CO 80021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Richardson**
**c/o Jennifer L. Roskamp**
**Attorney at Law**
**700 17th Street, Suite 1610**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|

**Peter Cousins**
**c/o Irvin Borenstein, Esq.**
**Borenstein & Associates LLC**
**7200 South Alton Way, Suite B180**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|---|

**Pro-Cert Organics**
**475 Valley Road**
**Box 100A**
**RR#3**
**Saskatoon, SK S7K 3J6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.14 |
|---|---|---|---|

**Pure Water Partners**
**123 South 3rd Avenue**
**Suite 28**
**Sandpoint, ID 83864-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,122.00 |
|---|---|---|---|

**Quarles**
**Quarles & Brady LLP**
**8744 Kendrick Castillo Way**
**Suite 560**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **ECS Brands, Ltd.**                                      Case number (if known)   **25-12101**
_____
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,000.00 |
|---|---|---|---|

**Ryze Agency, Inc.**
**2005 West Cypress Creek Road**
**Suite 106**
**Fort Lauderdale, FL 33309**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,200.00 |
|---|---|---|---|

**Take 2 Telecom, Inc.**
**2005 West Cypress Creek Road**
**Suite 106B**
**Fort Lauderdale, FL 33309**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,000.00 |
|---|---|---|---|

**UPS**
**UPS Corporate Headquarters**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,100.00 |
|---|---|---|---|

**Worldwide Express**
**Greenberg Grant & Richards, Inc.**
**5858 Westheimer Road**
**Suite 500**
**Houston, TX 77057**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Armstrong Teasdale LLP**<br>**7700 Forsyth Blvd.**<br>**Suite 1800**<br>**Saint Louis, MO 63105-1847** | Line  **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BPS Development, LLC/Tepuy Prop, Manager**<br>**c/o Ricardo Bottome**<br>**5277 Manhattan Circle, Suite 200**<br>**Boulder, CO 80303** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line  **2.3**<br>☐ Not listed. Explain ____ | _ |

Debtor  **ECS Brands, Ltd.**
_____
Name

Case number (if known)  **25-12101**
_____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street**<br>**7th Floor**<br>**Denver, CO 80203** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the U.S. Attorney**<br>**District of Colorado**<br>**1801 California Street**<br>**Suite 1600**<br>**Denver, CO 80202** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Sanitas Law Group, LLC**<br>**Christopher C. Ash, Esq.**<br>**1645 Canyon Boulevard**<br>**Boulder, CO 80302** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Silverwood Investments, LP**<br>**c/o Dunton Commercial**<br>**5570 DTC Parkway, Suite 150**<br>**Englewood, CO 80111** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $          355,743.41 |
| 5b. Total claims from Part 2 | 5b.  + | $        1,149,046.26 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        1,504,789.67 |

**Fill in this information to identify the case:**

Debtor name **ECS Brands, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **25-12101**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Office/Warehouse Lease** |
| State the term remaining | **295 Interlocken Boulevard, LLC** |
| List the contract number of any government contract | **c/o BPS Development, LLC, Manager 5277 Manhattan Circle Suite 200 Boulder, CO 80303** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Agreement to resolve corporate debt** |
| State the term remaining | **Corporate Debt Advisors** |
| List the contract number of any government contract | **c/o Dawn Speth 1903 South Congress Avenue Suite 150 Boynton Beach, FL 33426** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Contingency Fee Agreement: Collection of arbitration award dated July 31, 2023 against Michael Brubeck and Centuria Foods, Inc.** |
| State the term remaining | **Fortis Law Partners, LLC** |
| List the contract number of any government contract | **c/o David Olsky 1900 Wazee Street, Suite 300 Denver, CO 80202** |

| Debtor 1 | **ECS Brands, Ltd.** | | Case number *(if known)* | **25-12101** |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure agreements** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various vendors/customers** |

---

**Fill in this information to identify the case:**

Debtor name  **ECS Brands, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12101**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Arthur Jaffee** | **2010 Grove Street**<br>**Denver, CO 80211** | **Peter Cousins** | ☐ D ____<br>■ E/F ___**3.21**___<br>☐ G ____ |
| 2.2 | **Jaffee Holdings LLC** | **2010 Grove Street**<br>**Denver, CO 80211** | **American Express** | ☐ D ____<br>■ E/F ___**3.3**___<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name   **ECS Brands, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12101**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,042,446.04** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$6,145,702.85** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,594,250.07** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **ECS Brands, Ltd.** | Case number *(if known)* | **25-12101** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Statement of Financial Affairs Exhibit 3** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Blue Grass State Holdings c/o Patrick Sweet Burg Simpson 40 Inverness Drive Eeast Englewood, CO 80112** | | $0.00 | |
| 4.2. **See Statement of Financial Affairs Exhibit 4** | | $0.00 | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **HPMCO, LLC v. ECS Brands, Ltd. 2021-CV-30015** | | **Broomfield District Court 17 Descombes Drive Broomfield, CO 80020** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **ECS Brands, Ltd.**                                        Case number *(if known)*  **25-12101**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Katie v. ECS Brands, Ltd., Arthur Jaffee** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Bluegrass State Holdings, LLC v. ECS Brands, Ltd. 2023CV30112, Div B** | Breach of contract | **Broomfiled County District Court 17 Descombes Drive Broomfield, CO 80020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **ECS Brands, Ltd.**                                    Case number *(if known)*  **25-12101**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley PC** **1660 Lincoln Street** **Suite 1720** **Denver, CO 80264** | | **April 11, 2025** | **$23,020.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | **ECS Brands, Ltd.** | Case number *(if known)* | **25-12101** |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase** | **XXXX-4425** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2024** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bluegrass State Holdings** | | **Candle Wax Melters** | **Unknown** |

Debtor   **ECS Brands, Ltd.**                                    Case number *(if known)*   **25-12101**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **The Hemp Plastic Company**<br>**1495 Canyon Boulevard**<br>**Boulder, CO 80302** | **Hemp Plastics Manufacturer** | **EIN:**<br><br>**From-To**   **2019 to Present** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jacques Seys**<br>**1011 Arnold Avenue**<br>**Hoquiam, WA 98550** | **December 1, 2023 to Present** |

Debtor   **ECS Brands, Ltd.**                                   Case number *(if known)*   **25-12101**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Noman Tahir**<br>**Smart Solutions CPA**<br>**1 East Erie Street**<br>**Suite 515-2419**<br>**Chicago, IL 60611** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Amjad N.I. Abu Khamis**<br>**Certified Public Accountant**<br>**30 North Gould Street, Suite R**<br>**Sheridan, WY 82801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Arthur Jaffee** | | **Manager** | **Mr. Jaffee holds a 62.575% ownership interest in Vodka Brands Corp. (Parent company of the Debtor) through ECS Holdings, LLC/Jaffee Holdings** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **ECS Brands, Ltd.**                                    Case number *(if known)*   **25-12101**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Arthur Jaffee** | **To be supplied** | **4/12/24-4/11/25** | |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.2. | **Donald Bell** | **$5,500** | **5/20/24: 1,000**<br>**5/30/24: 1,500**<br>**6/28/24: 1,500**<br>**7/19/24: 1,500** | **Consulting fees** |
| | **Relationship to debtor**<br>**Shareholder of parent Vodka Brands Corp.** | | | |
| 30.3. | **Shawn Fleming** | **$22,500** | **4/16/24: 2,500**<br>**4/30/24: 2,500**<br>**5/15/24: 3,000**<br>**6/3/24: 2,500**<br>**6/28/24: 2,500**<br>**7/15/24: 2,500**<br>**8/5/24: 2,000**<br>**8/15/24: 2,500**<br>**9/13/24: 2,500** | **Consultant** |
| | **Relationship to debtor**<br>**Shareholder of parent Vodka Brands** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **ECS Brands, Ltd.**                                                    Case number *(if known)*   **25-12101**

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2025**

**/s/ Arthur Jaffee**                                              **Arthur Jaffee**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

# United States Bankruptcy Court
## District of Colorado

In re **ECS Brands, Ltd.** _____  Case No. **25-12101**

                                                    Debtor(s)                     Chapter **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ECS Brands, Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Vodka Brands**
**c/o Arthur Jaffee, Manager**
**295 Interlocken Blvd**
**Suite 500**
**Broomfield, CO 80021**


☐ None [_Check if applicable_]


**April 25, 2025** _____     **/s/ Jenny M.F. Fujii** _____
Date                                             **Jenny M.F. Fujii 30091**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   **ECS Brands, Ltd.**
                                                 **Kutner Brinen Dickey Riley PC**
                                                 **1660 Lincoln Street, Suite 1720**
                                                 **Denver, CO 80264**
                                                 **303-832-2400 Fax:303-832-1510**
                                                 **jmf@kutnerlaw.com**