**ECS BRANDS, LTD.**
**Kutner Brinen Dickey Riley, P.C. First and Final fee application**

| COSTS | | | Quantity | Price | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Description | | Quantity | Price | | Total | | | |
| 4/30/2025 | Postage | | 35 | $ | 0.69 | $ | 24.15 | | |
| 4/30/2025 | Postage | | 37 | $ | 0.69 | $ | 25.53 | | |
| 4/30/2025 | Postage | | 1 | $ | 2.87 | $ | 2.87 | | |
| 4/30/2025 | Postage | | 12 | $ | 0.69 | $ | 8.28 | | |
| 5/31/2025 | Postage | | 43 | $ | 0.69 | $ | 29.67 | | |
| 5/31/2025 | Postage | | 46 | $ | 0.69 | $ | 31.74 | | |
| 8/15/2025 | Postage | | 48 | $ | 0.74 | $ | 35.52 | | |
| 8/30/2025 | Postage | | 43 | $ | 0.74 | $ | 31.82 | | |
| 8/30/2025 | Postage | | 48 | $ | 0.74 | $ | 35.52 | | |
| 8/30/2025 | Postage | | 48 | $ | 0.74 | $ | 35.52 | | |
| | **TOTAL POSTAGE** | | | | | | | $ | 260.62 |
| | | | | | | | | | |
| 6/29/2025 | Filing fee | | 1 | $ | 34.00 | $ | 34.00 | | |
| | **TOTAL FILING FEES** | | | | | | | $ | 34.00 |
| | | | | | | | | | |
| 7/9/2025 | PACER Service Center | | 1 | $ | 1.60 | $ | 1.60 | | |
| | **TOTAL PACER CHARGES** | | | | | | | $ | 1.60 |
| | | | | | | | | | |
| 8/30/2025 | Photocopies | | 43 | $ | 0.20 | $ | 8.60 | | |
| 8/30/2025 | Photocopies | | 192 | $ | 0.20 | $ | 38.40 | | |
| | **TOTAL PHOTO COPIES** | | | | | | | $ | 47.00 |
| | | | | | | | | | |
| | **TOTAL COSTS** | | | | | | | $ | 343.22 |

| ATTORNEYS FEES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GENERAL ADMINISTRATION | | | | | | | | |
| Date | Attorney | Description | Hours | Hourly rate | | Fees | | |
| 4/11/2025 | Jenny Fujii | prepare application to employ | 0.3 | $ | 440.00 | $ | 132.00 | |
| 4/12/2025 | Jenny Fujii | email to landlord | 0.1 | $ | 440.00 | $ | 44.00 | |
| 4/12/2025 | Jenny Fujii | review docs and email to client re same | 0.9 | $ | 440.00 | $ | 396.00 | |
| 4/14/2025 | Jenny Fujii | t/c with client re cash collateral, budget, schedules, licenses, response to trustee, etc. | 1.5 | $ | 440.00 | $ | 660.00 | |
| 4/14/2025 | Jenny Fujii | work on cash collateral motion | 0.6 | $ | 440.00 | $ | 264.00 | |
| 4/14/2025 | Jenny Fujii | emails to and from UST re questions about case, creditors meeting, etc | 0.2 | $ | 440.00 | $ | 88.00 | |
| 4/15/2025 | Jenny Fujii | several t/c with client re motion for cash collateral and wage motion (.3+.2+.2); work on cash collateral motion (.8); draft wage motion (.7); multiple emails to and from accountant re details (.2); prepare summary of wages (.2); review client notes, security agreements, UCC filings (.6); draft motion for expedited hearing, related notices and orders (.3); prepare declaration for motions (.1) | 3.6 | $ | 440.00 | $ | 1,584.00 | |
| 4/16/2025 | Jenny Fujii | calls to and from UST re cash collateral motion, hearing | 0.1 | $ | 440.00 | $ | 44.00 | |

| Date | Attorney | Description | Hours | Hourly rate | Fees |
|---|---|---|---|---|---|
| 4/17/2025 | Jenny Fujii | t/c with client re cash collateral, schedules, deadlines, UST questions | 0.8 | $ 440.00 | $ 352.00 |
| 4/17/2025 | Jenny Fujii | several emails to and from UST re cash collateral, business, operations, products | 0.2 | $ 440.00 | $ 88.00 |
| 4/17/2025 | Jenny Fujii | several emails to and from Fortis Law re contingency fee agreement, asset, claim, br case, assumption or rejection | 0.2 | $ 440.00 | $ 88.00 |
| 4/18/2025 | Jenny Fujii | conf call with client, accountant, Vodka Brand representatives re br case, ongoing issues, cash collateral, budget | 1 | $ 440.00 | $ 440.00 |
| 4/18/2025 | Jenny Fujii | t/c with client re cash collateral, schedules, wages, hearing, initial financial report, budget, etc. | 0.9 | $ 440.00 | $ 396.00 |
| 4/18/2025 | Jenny Fujii | t/c with S Dawes re SBA position on wage and cash collateral motion, future budget | 0.2 | $ 440.00 | $ 88.00 |
| 4/21/2025 | Jenny Fujii | prepare for cash collateral and wage motions hearing | 0.6 | $ 440.00 | $ 264.00 |
| 4/21/2025 | Jenny Fujii | attend first day motions hearing with client | 1.9 | $ 440.00 | $ 836.00 |
| 4/21/2025 | Jenny Fujii | call to Fundamental counsel re cash collateral and final hearing | 0.1 | $ 440.00 | $ 44.00 |
| 4/22/2025 | Jenny Fujii | review docs and prepare application to employ accountant (.4); emails to and from same (.1) | 0.5 | $ 440.00 | $ 220.00 |
| 4/23/2025 | Jenny Fujii | review order, minutes of proceeding, prepare notice re same | 0.4 | $ 440.00 | $ 176.00 |
| 4/23/2025 | Jenny Fujii | email to PARO re application to employ | 0.1 | $ 440.00 | $ 44.00 |
| 4/23/2025 | Jenny Fujii | call from client re questions about schedules, IFR, budget, cash collateral, other details | 0.8 | $ 440.00 | $ 352.00 |
| 4/24/2025 | Jenny Fujii | emails to and from debt resolution company (.1); t/c with same re return of funds held in trust and return of post filing debit (.2) | 0.3 | $ 440.00 | $ 132.00 |
| 4/24/2025 | Jenny Fujii | two t/c with client re schedules, cash collateral (.2 + .4) | 0.6 | $ 440.00 | $ 264.00 |
| 4/24/2025 | Jenny Fujii | review documents and update schedules, SOFA (1.1); multiple emails to and from client and previous counsel re creditors, values, settlement payments, etc. (.5) | 1.6 | $ 440.00 | $ 704.00 |
| 4/25/2025 | Jenny Fujii | t/c with client re schedules, SOFA, IFR, budget, related issues | 1.9 | $ 440.00 | $ 836.00 |
| 4/29/2025 | Jenny Fujii | t/c with client re lease, budget, DIP account, schedules, IFR, related issues | 0.6 | $ 440.00 | $ 264.00 |
| 4/30/2025 | Jenny Fujii | t/c with client re various pending issues., DIP account, creditors, budget, etc. | 0.6 | $ 440.00 | $ 264.00 |
| 5/1/2025 | Jenny Fujii | call from creditor re cash collateral, budget, claim, deadlines, etc. | 0.3 | $ 440.00 | $ 132.00 |
| 5/1/2025 | Jenny Fujii | emails to and from UST re cash collateral budget, Q fees | 0.1 | $ 440.00 | $ 44.00 |
| 5/1/2025 | Jenny Fujii | emails to and from client re cash collateral, revise budget | 0.2 | $ 440.00 | $ 88.00 |
| 5/5/2025 | Jenny Fujii | emails to and from UST re budget, cash collateral (.1); revise budget (.2); emails to and from client re same (.1) | 0.4 | $ 440.00 | $ 176.00 |
| 5/6/2025 | Jenny Fujii | review motion and interim order (.1); prepare final order re cash collateral (.5); review and revise non contested cert (.1); several emails to client re same (.2) | 0.9 | $ 440.00 | $ 396.00 |
| 5/6/2025 | Jenny Fujii | additional emails to client re ongoing matters that need to be addressed | 0.2 | $ 440.00 | $ 88.00 |
| 5/6/2025 | Jenny Fujii | review financials (.1); emails to and from accountant (.1); t/c with accountant re entries on balance sheet, questions, clarifications (.4) | 0.6 | $ 440.00 | $ 264.00 |
| 5/7/2025 | Jenny Fujii | emails to and from UST re Initial financial report, review same, update with docs | 0.2 | $ 440.00 | $ 88.00 |
| 5/7/2025 | Jenny Fujii | t.c with client re cash collateral, creditors, assets, business, claims against 3rd parties, etc | 1.2 | $ 440.00 | $ 528.00 |

| Date | Attorney | Description | Hours | Hourly rate | Fees | |
|---|---|---|---|---|---|---|
| 5/7/2025 | Jenny Fujii | review docs, amend schedules, reconcile documents | 0.8 | $ 440.00 | $ 352.00 | |
| 5/7/2025 | Jenny Fujii | t/c with client re balance sheet, docs, contracts (.6); review same (.1) | 0.7 | $ 440.00 | $ 308.00 | |
| 5/8/2025 | Jenny Fujii | attend initial debtor interview | 2.3 | $ 440.00 | $ 1,012.00 | |
| 5/12/2025 | Jenny Fujii | multiple emails to and from client and accountant re various | 0.3 | $ 440.00 | $ 132.00 | |
| 5/13/2025 | Jenny Fujii | emails to and from creditor re claim | 0.1 | $ 440.00 | $ 44.00 | |
| 5/14/2025 | Jenny Fujii | multiple emails to and from client re CDOR, filing amended returns, emails to and from CDOR re same | 0.2 | $ 440.00 | $ 88.00 | |
| 5/15/2025 | Jenny Fujii | review and revise amendments to schedules, review balance sheet (.2); call with client re creditor(.1) | 0.3 | $ 440.00 | $ 132.00 | |
| 5/15/2025 | Jenny Fujii | emails to and from CDOR re additional information | 0.1 | $ 440.00 | $ 44.00 | |
| 5/15/2025 | Jenny Fujii | multiple revisions to schedules (.4); emails to and from client re same (.1) | 0.5 | $ 440.00 | $ 220.00 | |
| 5/15/2025 | Jenny Fujii | multiple emails to and from client re docs, schedules, meeting, etc | 0.3 | $ 440.00 | $ 132.00 | |
| 5/15/2025 | Jenny Fujii | update application to employ accountant | 0.3 | $ 440.00 | $ 132.00 | |
| 5/19/2025 | Jenny Fujii | call with client re insurance, amendments to schedules, insurance questionnaire, other issues | 0.9 | $ 440.00 | $ 396.00 | |
| 5/19/2025 | Jenny Fujii | attend creditors meeting | 2.8 | $ 440.00 | $ 1,232.00 | |
| 5/19/2025 | Jenny Fujii | t/c with client re prep for status and scheduling conference, creditors, litigation, related issues | 0.5 | $ 440.00 | $ 220.00 | |
| 5/19/2025 | Jenny Fujii | attend status and scheduling conference | 0.9 | $ 440.00 | $ 396.00 | |
| 5/19/2025 | Jenny Fujii | Prepare for status conference | 0.3 | $ 440.00 | $ 132.00 | |
| 5/19/2025 | Jenny Fujii | c/w client re status conf, accountant, schedules, etc. | 0.5 | $ 440.00 | $ 220.00 | |
| 5/20/2025 | Jenny Fujii | call from Paro re employment of Jacques Seys re accounting | 0.2 | $ 440.00 | $ 88.00 | |
| 5/20/2025 | Jenny Fujii | t/c with Baskerville re claim, secured portion, documents, collection efforts | 0.2 | $ 440.00 | $ 88.00 | |
| 5/21/2025 | Jenny Fujii | review emails and documents, amend schedule G | 0.2 | $ 440.00 | $ 88.00 | |
| 5/21/2025 | Jenny Fujii | t/c with accountant re employment, terms, etc. | 0.3 | $ 440.00 | $ 132.00 | |
| 5/21/2025 | Jenny Fujii | revise application to employ | 0.4 | $ 440.00 | $ 176.00 | |
| 5/21/2025 | Jenny Fujii | update information on application to employ accountant, and representations made at status conference | 0.8 | $ 440.00 | $ 352.00 | |
| 5/22/2025 | Jenny Fujii | emails to and from client, accountant re finalizing application to employ, schedule amendments | 0.3 | $ 440.00 | $ 132.00 | |
| 5/22/2025 | Jenny Fujii | update schedules | 0.1 | $ 440.00 | $ 44.00 | |
| 5/23/2025 | Jenny Fujii | emails to and from client, finalize accountant application to employ | 0.2 | $ 440.00 | $ 88.00 | |
| 5/23/2025 | Jenny Fujii | several messages to and from and t/c with client re schedules, docs for trustee, etc. | 0.4 | $ 440.00 | $ 176.00 | |
| 6/2/2025 | Jenny Fujii | review objection to application to employ accountant, email to accountant re additional information necessary to supplement | 0.3 | $ 440.00 | $ 132.00 | |
| 6/3/2025 | Jenny Fujii | review documents and emails from accountant (.1) prepare supplement to application to employ accountant (.3); emails to and from UST re same (.1) | 0.5 | $ 440.00 | $ 220.00 | |
| 6/3/2025 | Jenny Fujii | review docs and correspondence and amend schedules | 0.6 | $ 440.00 | $ 264.00 | |
| 6/3/2025 | Jenny Fujii | work on exhibits to schedules | 0.6 | $ 440.00 | $ 264.00 | |
| 6/4/2025 | Jenny Fujii | revise supplement to application to employ accountant  (.5); several emails to and from accountant (.2); emails to and from UST re same (.1); prepare stip to resolve limited objection (.2) | 1 | $ 440.00 | $ 440.00 | |
| 6/4/2025 | Jenny Fujii | t/c with accountant re various issues on employment app and SOW | 0.2 | $ 440.00 | $ 88.00 | |
| 6/4/2025 | Jenny Fujii | review docs re requested info, email to UST re same | 0.2 | $ 440.00 | $ 88.00 | |

| Date | Attorney | Description | Hours | Hourly rate | | Fees | | |
|---|---|---|---|---|---|---|---|---|
| 6/4/2025 | Jenny Fujii | call with client re amendments to schedules, exhibits, accountant, landlord, etc. | 0.4 | $ | 440.00 | $ | 176.00 | |
| 6/4/2025 | Jenny Fujii | revise exhibits to schedules and amendments | 0.3 | $ | 440.00 | $ | 132.00 | |
| 6/4/2025 | Jenny Fujii | prepare notice re organizational chart | 0.1 | $ | 440.00 | $ | 44.00 | |
| 6/6/2025 | Jenny Fujii | t/c with client re creditors (.2); t/c with Cousins' attorney re claim, case, related issues (.3) | 0.5 | $ | 440.00 | $ | 220.00 | |
| 6/25/2025 | Jenny Fujii | t/c with client re various | 0.6 | $ | 440.00 | $ | 264.00 | |
| 6/26/2025 | Jenny Fujii | t/c with creditor re case, pending issues | 0.2 | $ | 440.00 | $ | 88.00 | |
| 6/30/2025 | Jenny Fujii | call from creditor re case, status, equipment, email to client re same | 0.2 | $ | 440.00 | $ | 88.00 | |
| 7/14/2025 | Jenny Fujii | emails to and from and calls to client re SBA issues, payment, MORs | 0.2 | $ | 440.00 | $ | 88.00 | |
| 7/16/2025 | Jenny Fujii | review MOR for May, emails to and from accountant re same | 0.1 | $ | 440.00 | $ | 44.00 | |
| 7/16/2025 | Jenny Fujii | emails to and from SBA and client re cash collateral payments, status | 0.2 | $ | 440.00 | $ | 88.00 | |
| 7/21/2025 | Jenny Fujii | review MOR, emails to and from client and accountant re same | 0.2 | $ | 440.00 | $ | 88.00 | |
| 7/31/2025 | Jenny Fujii | t/c with client re various, status of case | 0.6 | $ | 440.00 | $ | 264.00 | |
| 7/31/2025 | Jenny Fujii | emails to and from CDOR re taxes, emails to and from accountant re same | 0.2 | $ | 440.00 | $ | 88.00 | |
| 10/29/2025 | Jenny Fujii | several emails to and from CDOR re delinquencies, planning, emails to and from client re same | 0.2 | $ | 440.00 | $ | 88.00 | |
| 11/6/2025 | Jenny Fujii | review order, email to client | 0.1 | $ | 440.00 | $ | 44.00 | |
| 11/20/2025 | Jenny Fujii | call with client (.6); review documents (.2) and prepare status report (.6) | 1.4 | $ | 440.00 | $ | 616.00 | |
| 11/20/2025 | Jenny Fujii | call with client re status report, related issues | 0.2 | $ | 440.00 | $ | 88.00 | |
| 11/21/2025 | Jenny Fujii | email to accountant re amended MORs | 0.1 | $ | 440.00 | $ | 44.00 | |
| 11/24/2025 | Jenny Fujii | emails to and from accountant re MOR, potential corrections | 0.1 | $ | 440.00 | $ | 44.00 | |
| 1/6/2026 | Jenny Fujii | prepare objection to conversion motion | 1.2 | $ | 440.00 | $ | 528.00 | |
| 1/6/2026 | Jenny Fujii | call with client re objection to motion to convert, budget, related issues | 1.5 | $ | 440.00 | $ | 660.00 | |
| 1/6/2026 | Jenny Fujii | email to SBA re cash collateral | 0.2 | $ | 440.00 | $ | 88.00 | |
| 1/6/2026 | Jenny Fujii | call from client | 0.3 | $ | 440.00 | $ | 132.00 | |
| 1/8/2026 | Jenny Fujii | call with SBA re cash collateral | 0.1 | $ | 440.00 | $ | 44.00 | |
| 1/9/2026 | Jenny Fujii | call with committee counsel re status | 0.2 | $ | 440.00 | $ | 88.00 | |
| 1/14/2026 | Jenny Fujii | prepare notice (.2); several emails to and from client (.1) | 0.3 | $ | 440.00 | $ | 132.00 | |
| 2/13/2026 | Jenny Fujii | call with client re dismissal (.1); emails to and from and call with committee counsel re same (.1) | 0.2 | $ | 440.00 | $ | 88.00 | |
| 2/23/2026 | Jenny Fujii | call from committee counsel re conversion | 0.1 | $ | 440.00 | $ | 44.00 | |
| 3/27/2026 | Jenny Fujii | prepare motion to dismiss, review docs (.7), email to opposing counsel re same (.1) | 0.8 | $ | 440.00 | $ | 352.00 | |
| 3/27/2026 | Jenny Fujii | draft motion to continue hearing | 0.4 | $ | 440.00 | $ | 176.00 | |
| 4/13/2026 | Jenny Fujii | prepare for hearing on dismissal or conversion | 0.4 | $ | 440.00 | $ | 176.00 | |
| 4/14/2026 | Jenny Fujii | call with client re dismissal hearing | 1 | $ | 440.00 | $ | 440.00 | |
| 4/14/2026 | Jenny Fujii | prepare witness and exhibit list (.3); prepare for hearing (.5) | 0.8 | $ | 440.00 | $ | 352.00 | |
| 4/16/2026 | Jenny Fujii | attend hearing on motion to dismiss | 1.2 | $ | 440.00 | $ | 528.00 | |
| 4/16/2026 | Jenny Fujii | attend oral ruling on motion to dismiss/convert | 0.6 | $ | 440.00 | $ | 264.00 | |
| | **TOTAL GENERAL ADMINISTRATION** | | **58.2** | | | | | $ 25,608.00 |
| | | | | | | | | |
| **PLAN AND DISCLOSURE STATEMENT** | | | | | | | | |
| Date | Attorney | Description | Hours | Hourly rate | | Fees | | |
| 7/24/2025 | Jenny Fujii | emails to and from client re plan, terms, etc | 0.1 | $ | 440.00 | $ | 44.00 | |

| Date | Attorney | Description | Hours | Hourly rate | | Fees | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2025 | Jenny Fujii | t/c with accountant re budget | 0.5 | $ | 440.00 | $ | 220.00 | | |
| 8/11/2025 | Jenny Fujii | review budget, emails to and from client | 0.3 | $ | 440.00 | $ | 132.00 | | |
| 8/11/2025 | Jenny Fujii | draft motion to extend exclusivity, order, notice | 0.8 | $ | 440.00 | $ | 352.00 | | |
| 8/11/2025 | Jenny Fujii | review claims, prepare combined plan and disclosure statement, assist client with exhibits to same | 4.5 | $ | 440.00 | $ | 1,980.00 | | |
| 8/13/2025 | Jenny Fujii | update plan and exhibits | 0.8 | $ | 440.00 | $ | 352.00 | | |
| 8/13/2025 | Jenny Fujii | t/c with client re plan, related issues, budget, revisions | 0.7 | $ | 440.00 | $ | 308.00 | | |
| 8/14/2025 | Jenny Fujii | t/c with client | 0.4 | $ | 440.00 | $ | 176.00 | | |
| 8/28/2025 | Jenny Fujii | t/c with client re plan, related issues | 0.4 | $ | 440.00 | $ | 176.00 | | |
| 11/19/2025 | Jenny Fujii | emails to and from client | 0.1 | $ | 440.00 | $ | 44.00 | | |
| | **TOTAL PLAN AND DISCLOSURE STATEMENT** | | **8.6** | | | | | $ | **3,784.00** |
| | | | | | | | | | |
| **UNEXPIRED LEASES AND EXECUTORY CONTRACTS** | | | | | | | | | |
| Date | Attorney | Description | Hours | Hourly rate | | Fees | | | |
| 5/5/2025 | Jenny Fujii | call and email to landlord re delinquency, cure, etc. | 0.1 | $ | 440.00 | $ | 44.00 | | |
| 5/8/2025 | Jenny Fujii | several emails to and from client re lease issues, amount due, deposit, correspondence | 0.3 | $ | 440.00 | $ | 132.00 | | |
| 5/12/2025 | Jenny Fujii | emails to and from Paro re curing past due payment on contract and approving accountant | 0.1 | $ | 440.00 | $ | 44.00 | | |
| 7/31/2025 | Jenny Fujii | emails to and from client, landlord, re past due payments, cash flow, etc. | 0.2 | $ | 440.00 | $ | 88.00 | | |
| 8/5/2025 | Jenny Fujii | emails to and from client re lease issues | 0.1 | $ | 440.00 | $ | 44.00 | | |
| 8/11/2025 | Jenny Fujii | call with client re lease issues | 0.2 | $ | 440.00 | $ | 88.00 | | |
| | **TOTAL UNEXPIRED LEASES AND EXECUTORY CONTRACTS** | | **1** | | | | | $ | **440.00** |
| | | | | | | | | | |
| **CLAIM OBJECTIONS** | | | | | | | | | |
| 8/18/2025 | Jenny Fujii | review discrepancy in claims and debtors re br court filings | 0.2 | $ | 440.00 | $ | 88.00 | | |
| 8/26/2025 | Jenny Fujii | emails to and from UST re creditor and claim objection, validity of claim (.2); review docs from client re same (.3) | 0.5 | $ | 440.00 | $ | 220.00 | | |
| | **TOTAL CLAIM OBJECTIONS** | | **0.7** | | | | | $ | **308.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | **TOTAL ATTORNEYS FEES** | | | | | | | $ | **30,140.00** |
| | **TOTAL COSTS** | | | | | | | $ | **343.22** |
| | **TOTAL ATTORNEYS FEES AND COSTS** | | | | | | | $ | **30,483.22** |